# THE WEITZ LAW FIRM, P.A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/20/2020

April 17, 2020

**VIA CM/ECF**
Honorable Judge Andrew L. Carter, Jr
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      **Re:**     **Vuppala v. J.P.G. LLC, d/b/a Philip Marie, et al.**
              **Case 1:19-cv-04233-ALC**

Dear Judge Carter:

    The undersigned represents the Plaintiff in the above-captioned case matter.

    Due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure/"PAUSE" of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

    Therefore, Plaintiff's undersigned counsel hereby respectfully requests that the Court grant an additional thirty (30) day stay of all deadlines and/or any Conference in this matter, which would also coincide with the recent New York "PAUSE" extension until May 15, 2020. The undersigned has conferred with opposing counsel who consent to this request.

    The Court may wish to note that this is undersigned counsel's second request to stay this matter. Thank you for your consideration of this unfortunate, but necessary request.

                                Sincerely,

                                By: /S/ B. Bradley Weitz
                                    B. Bradley Weitz, Esq. (BW 9365)
                                    THE WEITZ LAW FIRM, P.A.
                                    18305 Biscayne Blvd., Suite 214
                                    Aventura, Florida 33160
                                    Tel.: (305) 949-7777
                                    Fax: (305) 704-3877
                                    Email: bbw@weitzfirm.com

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
April 20, 2020