# jackson|lewis
Attorneys at Law

Representing Management Exclusively in Workplace Law and Related Litigation

Jackson Lewis P.C.
44 South Broadway
14th Floor
White Plains NY 10601
Tel 914 872-8060
Fax 914 946-1216
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY NY | GREENVILLE SC | MORRISTOWN NJ | RAPID CITY SD |
| ALBUQUERQUE NM | HARTFORD CT | NEW ORLEANS LA | RICHMOND VA |
| ATLANTA GA | HONOLULU HI* | NEW YORK NY | SACRAMENTO CA |
| AUSTIN TX | HOUSTON TX | NORFOLK VA | SALT LAKE CITY UT |
| BALTIMORE MD | INDIANAPOLIS IN | OMAHA NE | SAN DIEGO CA |
| BIRMINGHAM AL | JACKSONVILLE FL | ORANGE COUNTY CA | SAN FRANCISCO CA |
| BOSTON MA | KANSAS CITY REGION | ORLANDO FL | SAN JUAN PR |
| CHICAGO IL | LAS VEGAS NV | PHILADELPHIA PA | SEATTLE WA |
| CINCINNATI OH | LONG ISLAND NY | PHOENIX AZ | ST. LOUIS MO |
| CLEVELAND OH | LOS ANGELES CA | PITTSBURGH PA | STAMFORD CT |
| DALLAS TX | MADISON, WI | PORTLAND OR | TAMPA FL |
| DAYTON OH | MEMPHIS TN | PORTSMOUTH NH | WASHINGTON DC REGION |
| DENVER CO | MIAMI FL | PROVIDENCE RI | WHITE PLAINS NY |
| DETROIT MI | MILWAUKEE WI | | |
| GRAND RAPIDS MI | MINNEAPOLIS MN | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 914-872-6920
E-MAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

June 15, 2020

**Via ECF- Letter Motion**

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:     Vuppala v. J.P.G., LLC, et al.
        Case No.: 19-cv-04233-ALC

Dear Judge Carter:

      We represent Defendant, J.P.G. LLC, in the above-captioned matter. We write jointly with Plaintiff's counsel, brad Weitz, Esq., and c-defendant's counsel, Jeffrey Chancas, Esq., seeking an extension of the existing stay in this matter that is scheduled to expire on June 15, 2020.

      As we stated in our prior letter, due to the ongoing national health crisis caused by the COVID-19 pandemic, coupled with the mandated closure of non-essential public businesses in New York City, which has adversely affected the business in this matter, it is very difficult for the parties to proceed in this matter with discovery and productive settlement negotiations at this time.

      Therefore, the parties jointly hereby respectfully request that the Court grant an additional sixty (60) day stay of all deadlines and/or any conference in this matter. The undersigned has conferred with all counsel who join in on this request. We thank you for your attention and consideration.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Joseph J. DiPalma*
Joseph J. DiPalma

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
June 16, 2020