```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                         **Plaintiff,**

-against-

J.P.G. LLC, *a New York limited liability company d/b/a* PHILIP MARIE, ET AL.,

                         **Defendants.**

1:19-cv-04233 (ALC)

**Order**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Parties are hereby **ORDERED** to submit a joint status report by December 15, 2020.

**SO ORDERED.**

Dated:  December 8, 2020
          New York, New York

*/s/ Andrew L. Carter, Jr.*
_____
**ANDREW L. CARTER, JR.
United States District Judge**