```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  2/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIRAN VUPPALA,

                         **Plaintiff,**

      -against-

**J.P.G. LLC,** *a New York limited liability company d/b/a* **PHILIP MARIE, ET AL.,**

                        **Defendants.**

**1:19-cv-04233 (ALC)**

<u>Order</u>

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the Parties' eighth request for a stay. ECF No. 47. The Parties are hereby GRANTED a stay for a period of 30 days from the date of this order.

    The Court will hold a status conference in this case on March 19, 2021 at 11:00 a.m. The Parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:** February 18, 2021
       New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**