| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __03/18/2021__ |

**KIRAN VUPPALA,**

       **Plaintiff,**

-against-           **1:19-cv-04233 (ALC)**

**J.P.G. LLC,** *a New York limited liability*   **Order**
*company d/b/a* **PHILIP MARIE, ET AL.,**

       **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Parties' ninth request for a stay, ECF No. 49, and the Parties' request for an adjournment of the status conference scheduled for March 19, 2021. ECF No. 50. The Court hereby **DENIES** the Parties' requests.

  The Court will hold the scheduled status conference in this case on March 19, 2021.

**SO ORDERED.**

**Dated: March 18, 2021**
    **New York, New York**

                  _____
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**