USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 03/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>                                           **Plaintiff,**<br><br>-against-<br><br>J.P.G. LLC, *a New York limited liability company d/b/a* PHILIP MARIE, ET AL.,<br><br>                                          **Defendants.** | 1:19-cv-04233 (ALC)<br><br>**<u>Order</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 120 days.

**SO ORDERED.**

Dated:    March 19, 2021
             New York, New York

                                                                                 **ANDREW L. CARTER, JR.**
                                                                                  **United States District Judge**