```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/4/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KIRAN VUPPALA,**<br><br>                                **Plaintiff,**<br><br>-against-<br><br>**J.P.G. LLC, a New York limited liability company d/b/a PHILIP MARIE, ET AL.,**<br><br>                                **Defendants.** | **19-cv-4233 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    April 4, 2022
              New York, New York

                                                  _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**